MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: hartley.west@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW CHOJECKI, ) <br> AARON GOLDSMITH, ) <br> BEATA SZKOP, ) <br> PAWEL KAROLAK, ) <br> VITO SCHERMA, ) <br> HECTOR VARGAS, and ) <br> MALGORZATA ZUK ) <br> ) <br> Defendants. ) <br> _____ ) | No. CR 12-855 WHA <br><br> [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 8, 2013, TO JANUARY 22, 2013 |

     Defendants Beata SZKOP, Pawel KAROLAK, Hector VARGAS, and Malgorzata ZUK, represented by counsel, and the government, represented by Assistant United States Attorney Hartley West, appeared before the Court on January 8, 2013, for a status hearing. The parties represented that they are working to reach a resolution of their cases and need additional time for effective preparation of the defense to do so. The parties requested to continue the matter for two weeks, to January 22, 2013, and the Court agreed. The parties and the Court further agreed that it is appropriate to exclude the time between January 8 and 22, 2013, under the Speedy Trial

ORDER EXCLUDING TIME
CR 12-855 WHA

Act for effective preparation of the defense, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Additionally, the Court finds that the ends of justice served by excluding this time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between January 8, 2013, and January 22, 2013, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: January 9, 2013.

_____
HON. WILLIAM H. ALSUP
United States District Judge

STIPULATED AS TO FORM:

DATED: January 9, 2013

/s/
LAUREL HEADLEY
Counsel for Hector Vargas

DATED: January 9, 2013

/s/
GEOFFREY HANSEN
Counsel for Beata Szkop

DATED: January 9, 2013

/s/
ETHAN A. BALOGH
Counsel for Pawel Karolak

DATED: January 9, 2013

/s/
TIMOTHY CRUDO
Counsel for Malgorzata Zuk

DATED: January 9, 2013

/s/
HARTLEY WEST
Assistant United States Attorney

ORDER EXCLUDING TIME
CR 12-855 WHA                    -2-