LATHAM & WATKINS LLP
   Timothy P. Crudo (Bar No. 143835)
     timothy.crudo@lw.com
   Mariam Missaghi (Bar No. 274337)
     mariam.missaghi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Attorneys for Defendant
Malgorzata Zuk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MALGORZATA ZUK,<br><br>    Defendants. | CASE NO. 3:12-cr-00855 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

    WHEREAS, the parties in this matter appeared before The Honorable Laurel E. Beeler on January 15, 2013, at 9:30 a.m., and the Court ordered that Ms. Zuk be released subject to certain Conditions of Release and Appearance;

    WHEREAS, pursuant to that order Ms. Zuk may leave home for the purpose of meeting with counsel, the government, court appearances, or with prior approval from Pretrial Services;

    WHEREAS, the Court subsequently modified the conditions of Ms. Zuk's release to void that condition and instead impose the condition that Ms. Zuk comply with a curfew of 10:00 p.m. – 6:00 a.m., with all other conditions to remain in effect and unchanged;

    WHEREAS, the parties have agreed that the terms of release may be further modified so as to permit Ms. Zuk's appointed Pretrial Services officer, Anthony Granados, to authorize Mr. Zuk, upon advance request by Ms. Zuk, to extend Ms. Zuk's curfew on specified days so as to

permit Ms. Zuk to attend specified employment opportunities, with all other conditions to remain in effect and unchanged, and;

WHEREAS, Mr. Granados does not object to this modification to the conditions of release.

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the aforementioned modification to Ms. Zuk's Conditions of Release and Appearance be adopted by the Court.

IT IS SO STIPULATED.

DATED: January 30, 2013					Respectfully submitted,

/s/ Timothy P. Crudo
TIMOTHY P. CRUDO
LATHAM & WATKINS LLP
Attorneys for Defendant Malgorzata Zuk

DATED: January 30, 2013					/s/ Hartley M.K. West
HARTLEY M. K. WEST
UNITED STATES ATTORNEYS OFFICE
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 1, 2013

THE HONORABLE LAUREL E. BEELER
UNITED STATES MAGISTRATE JUDGE