MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: hartley.west@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW CHOJECKI,<br><br>    Defendant. | No. CR 12-855 WHA<br><br>[PROPOSED] ORDER EXCLUDING TIME FROM MARCH 26, 2013, TO AUGUST 12, 2013 |

Defendant Andrew CHOJECKI, represented by counsel Jacek Lentz, and the government, represented by Assistant United States Attorney Hartley West, appeared before the Court on March 26, 2013, for trial setting. At the hearing, the parties and the Court agreed to set the trial for August 12, 2013, and that it was appropriate to exclude the time between March 26, 2013, and August 12, 2013, under the Speedy Trial Act for effective preparation of the defense, taking into account the exercise of due diligence, and for continuity of government counsel due to the prosecutor's trials scheduled for May, June, and July. 18 U.S.C. § 3161(h)(7)(B)(iv). Additionally, the Court finds that the ends of justice served by excluding this time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

ORDER EXLUDING TIME
CR 12-855 WHA

1    Therefore, IT IS HEREBY ORDERED that the time between March 26, 2013, and
2 August 12, 2013, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C.
3 § 3161(h)(7)(A) and (B)(iv).

DATED: April 2, 2013.

_____
HON. WILLIAM H. ALSUP
United States District Judge

STIPULATED AS TO FORM:

DATED:    April 1, 2013

/s/
_____
JACEK W. LENTZ
Counsel for Andrew Chojecki

DATED:    April 1, 2013

/s/
_____
HARTLEY M. K. WEST
Assistant United States Attorney

ORDER EXLUDING TIME
CR 12-855 WHA                           -2-