1  LATHAM & WATKINS LLP
       Timothy P. Crudo (Bar No. 143835)
2        timothy.crudo@lw.com
       Mariam Missaghi (Bar No. 274337)
3        mariam.missaghi@lw.com
   505 Montgomery Street, Suite 2000
4  San Francisco, California  94111-6538
   Telephone:  +1.415.391.0600
5  Facsimile:  +1.415.395.8095

6  Attorneys for Defendant
   Malgorzata Zuk
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,              CASE NO. 3:12-cr-00855 WHA

13                 Plaintiff,              **STIPULATION AND [PROPOSED] ORDER
                                           FURTHER MODIFYING CONDITIONS OF
14         v.                              PRETRIAL RELEASE**

   MALGORZATA ZUK,
15
                   Defendants.
16

17

18        WHEREAS, the parties in this matter appeared before The Honorable Laurel E. Beeler

19  on January 15, 2013, at 9:30 a.m., and the Court ordered that Ms. Zuk be released subject to

20  certain Conditions of Release and Appearance;

21        WHEREAS, pursuant to that order Ms. Zuk may leave home for the purpose of meeting

22  with counsel, the government, court appearances, or with prior approval from Pretrial Services;

23        WHEREAS, the Court subsequently modified the conditions of Ms. Zuk's release to void

24  that condition and instead impose the condition that Ms. Zuk comply with a curfew of 10:00 p.m.

25  – 6:00 a.m., with all other conditions to remain in effect and unchanged;

26        WHEREAS, the Court subsequently modified the conditions of Ms. Zuk's release so as

27  to permit Ms. Zuk's appointed Pretrial Services officer, Anthony Granados, to authorize Ms.

28  Zuk, upon advance request by Ms. Zuk, to extend Ms. Zuk's curfew on specified days so as to

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCIISCO

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:12-CR-00855WHA

1  permit Ms. Zuk to attend specified employment opportunities, with all other conditions to remain

2  in effect and unchanged;

3  WHEREAS, the Court subsequently modified the conditions of Ms. Zuk's release to void

4  the condition that Ms. Zuk be subject to electronic or voice track monitoring, with all other

5  conditions to remain in effect and unchanged;

6  WHEREAS, the parties have agreed that the terms of release may be further modified to

7  void the condition that Ms. Zuk comply with a curfew of 10:00 p.m. – 6:00 a.m., with all other

8  conditions to remain in effect and unchanged, and;

9  WHEREAS, Mr. Granados does not object to this modification to the conditions of

10  release.

11  THEREFORE, it is hereby stipulated by and between the parties, through their respective

12  counsel of record, that the aforementioned modification to Ms. Zuk's Conditions of Release and

13  Appearance be adopted by the Court.

14  IT IS SO STIPULATED.

15

16  DATED: April 24, 2013          Respectfully submitted,

17                                 /s/ Timothy P. Crudo
                                   _____
18                                 TIMOTHY P. CRUDO
                                   LATHAM & WATKINS LLP
19                                 Attorneys for Defendant Malgorzata Zuk

20
    DATED: April 24, 2013          /s/ Hartley M.K. West
21                                 _____
                                   HARTLEY M. K. WEST
                                   UNITED STATES ATTORNEYS OFFICE
22                                 Assistant United States Attorney

23

24
        PURSUANT TO STIPULATION, IT IS SO ORDERED.
25

26
    DATED: April 30, 2013          _____
27                                 THE HONORABLE LAUREL E. BEELER
                                   UNITED STATES MAGISTRATE JUDGE
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCIISCO

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:12-CR-00855WHA