1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   HARTLEY M. K. WEST  (CABN 191609)
    Assistant United States Attorney
5       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
6       Telephone:  (415) 436-7200
        Fax: (415) 436-7234
7       E-Mail: hartley.west@usdoj.gov

8   Attorneys for the United States of America

9

                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13
    UNITED STATES OF AMERICA,          )    No. CR 12-855 WHA
14                                      )
            Plaintiff,                   )    STIPULATION AND [PROPOSED]
15                                      )    ORDER EXCLUDING TIME FROM
        v.                              )    APRIL 23, 2013, THROUGH
16                                      )    JULY 29, 2013
    VITO SCHERMA,                       )
17                                      )
            Defendant.                   )
18  _____ )

19          The defendant, VITO SCHERMA, represented by Jeffrey Bornstein, and the government,

20  represented by Assistant United States Attorney Hartley West, appeared before the Court for

21  status on April 23, 2013.  The Court scheduled the trial for July 29, 2013; the pretrial conference

22  for July 22, 2013; the motions hearing for June 11, 2013; and motion filing deadline for May 14,

23  2013.  The defense agreed to exclude time under the Speedy Trial Act between April 23 and July

24  29, 2013, for effective preparation of defense counsel.  The government and the Court concurred.

25          Based upon the representation of counsel and for good cause shown, the Court finds that

26  failing to exclude the time between April 23 and July 29, 2013, would unreasonably deny

27  defense counsel the reasonable time necessary for effective preparation, taking into account the

28  exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends

1  of justice served by excluding the time between April 23 and July 29, 2013, from computation

2  under the Speedy Trial Act outweigh the best interests of the public and the defendant in a

3  speedy trial.

4        Therefore, IT IS HEREBY ORDERED that the time between April 23 and July 29, 2013,

5  shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and

6  (B)(iv).

7

8  DATED: _____     May 1, 2013

9                           HON. WILLIAM
                            United States Di

10

11  Approved as to form:

12

13  DATED: April 24, 2013                  /s/

14                           JEFFREY BORNSTEIN
                             K&L GATES LLP

15                           Counsel for Defendant Vito Scherma

16

17  DATED: April 24, 2013                   MELINDA HAAG

18                           /s/

19                           HARTLEY M. K. WEST
                             Assistant U.S. Attorney

20

21

22

23

24

25

26

27

28