1   Jeffrey L. Bornstein - SBN 99358
    jeff.bornstein@klgates.com
2   Claudia A. Quiroz – SBN 254419
    claudia.quiroz@klgates.com
3   K&L GATES LLP
    4 Embarcadero Center, Suite 1200
4   San Francisco, California 94111
    Telephone: (415) 882-8200
5   Facsimile: (415) 882-8220

6   Attorneys for Defendant VITO SCHERMA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>ANDREW CHOJECKI, AARON GOLDSMITH, BEATA SZKOP, PAWEL KAROLAK, VITO SCHERMA, HECTOR VARGAS, and MALGORZATA ZUK,<br><br>                  Defendants. | Case No. CR 12-855 WHA<br><br>**STIPULATION CONTINUING CHANGE OF PLEA HEARING REGARDING DEFENDANT VITO SCHERMA; [PROPOSED] ORDER**<br><br>Date: May 14, 2013<br>Time: 2:00 p.m.<br>Judge: Hon. William H. Alsup |

SF286541

CR 12-855 WHA
    STIPULATION CONTINUING CHANGE OF PLEA HEARING RE VITO SCHERMA;
                                [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | On May 7, 2013, the Court set Defendant Vito Scherma's change of plea hearing for May 14, | |
| 2 | 2013 at 2:00 p.m. | |

On May 10, 2013, Mr. Scherma secured employment at a local department store. As part of his employment, Mr. Scherma is required to attend a mandatory training on May 14, 2013 from 9:00 a.m. to 5:00 p.m., thereby conflicting with the Court's previously scheduled change of plea hearing. Accordingly, the parties hereby stipulate to continuing the date of Mr. Scherma's change of plea hearing to May 21, 2013.

IT IS SO STIPULATED.

K&L GATES LLP

Dated: May 13, 2013          By:   */s/ Jeffrey L. Bornstein*
                                   Jeffrey L. Bornstein
                                   Claudia A. Quiroz
                                   Attorneys for Defendant Vito Scherma

UNITED STATES ATTORNEY'S OFFICE

Dated: May 13, 2013          By:   */s/ Hartley West*
                                   Hartley West
                                   Assistant United States Attorney

**ECF ATTESTATION**

I, Jeffrey L. Bornstein, attest that concurrence in e-filing this **STIPULATION CONTINUING CHANGE OF PLEA HEARING REGARDING DEFENDANT VITO SCHERMA; [PROPOSED] ORDER** has been obtained from signatory Hartley West, in compliance with General Order 45, X.B.

Dated: May 13, 2013          By:   */s/ Jeffrey L. Bornstein*
                                   Jeffrey L. Bornstein

\\
\\
\\
\\

---

CR 12-855 WHA                                    1
STIPULATION CONTINUING CHANGE OF PLEA HEARING RE VITO SCHERMA;
[PROPOSED] ORDER

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 13, 2013.　　　　By: _____
　　　　　　　　　　　　　　　　Honorable William H. Alsup
　　　　　　　　　　　　　　　　United States District Court Judge