IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

VITO SCHERMA,

    Defendant.

    /

No. CR 12-00855 WHA

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL**

Defendant Vito Scherma's attorney has filed a motion to seal his sentencing memorandum and attached exhibits in their entirety (Dkt. No. 208). Criminal Local Rule 56-1 provides the governing authority, stating that "[a] sealing order may issue only upon a request that establishes that a document is sealable because, for example, the safety of persons or a legitimate law enforcement objective would be compromised by the public disclosure of the contents of the document." The rule further states that the request to seal "must be *narrowly* tailored to seek sealing only of sealable material . . ." (emphasis added). As indicated in defendant's declaration and exhibit for his motion to seal, the government has no objection to this sealing request.

Defendant's motion is therefore **GRANTED IN PART AND DENIED IN PART**. For the reasons stated in defendant's declaration, the three exhibits attached to his sentencing memorandum, as well as the declaration and exhibit accompanying his motion, will be filed under seal in their entirety. Defendant's sentencing memorandum, however, will be sealed in part, such that only the following portions of the memorandum are redacted:

| | |
|---|---|
| 1 | • P. 1, lines 7 through 13; |
| 2 | • P. 2, lines 19, 23 through 25; |
| 3 | • P. 3, lines 14 through 22; |
| 4 | • P. 4, lines 11 through 28; |
| 5 | • P. 5, lines 1 through 6, 10; |
| 6 | • P. 6, lines 5 through 27; |
| 7 | • P. 7, lines 1 through 22; |
| 8 | • P. 8, lines 3 through 4, 13 through 16, 24 through 26; |
| 9 | • P. 9, lines 1 through 8, 18 through 19, 23 through 24; |
| 10 | • P. 10, line 3; |
| 11 | • P. 11, lines 5 through 6, 15 through 16 |

Defendant will then file the aforementioned materials pursuant to the instructions above and under Rule 56-1(d)(3).

**IT IS SO ORDERED.**

Dated: November 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE